UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:23-cv-01287-TLN-KJN
No. 2:23-cv-01288-TLN-KJN
No. 2:23-cv-01289-TLN-KJN
No. 2:23-cv-01290-TLN-KJN
No. 2:23-cv-01291-TLN-KJN
No. 2:23-cv-01292-TLN-KJN
No. 2:23-cv-01293-TLN-KJN
No. 2:23-cv-01294-TLN-KJN
No. 2:23-cv-01295-TLN-KJN
No. 2:23-cv-01355-TLN-KJN

**ORDER**

Plaintiff is a state prisoner, proceeding without counsel, in these civil actions. On November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2:18-cv-2544-TLN-KJN. On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No. 2:18-cv-2544-TLN-KJN. Pursuant to the amended vexatious litigant order, all new cases filed by Plaintiff related to his Alameda County conviction will be dismissed and closed.

1

1  Pursuant to the amended vexatious litigant order, the undersigned reviewed the complaints/petitions filed in the cases listed in the caption above. The Court finds the complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's Alameda County conviction.

Accordingly, IT IS HEREBY ORDERED that 2:23-cv-01287, 2:23-cv-01288, 2:23-cv-01289, 2:23-cv-01290, 2:23-cv-01291, 2:23-cv-01292, 2:23-cv-01293, 2:23-cv-01294, 2:23-cv-01295 and 2:23-cv-01355 are DISMISSED; the Clerk of the Court is directed to close these cases; no further filings will be accepted in any of the above referenced cases.

IT IS SO ORDERED.

Date: August 4, 2023

_____
Troy L. Nunley
United States District Judge